# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) |
| v. | ) <br> ) Case No. 2:14-cr-00045-JDL-1 <br> ) <br> ) |
| JEROME HUDSON, <br>     Defendant. | ) <br> ) <br> ) <br> ) |

## ORDER AFFIRMING MAGISTRATE JUDGE'S ORDERS

The United States Magistrate Judge John C. Nivison filed his Order on Jerome Hudson's Motion to Extend Time for Filing a 28 U.S.C. § 2255 Motion on February 13, 2018 (ECF No. 58), pursuant to 28 U.S.C.A. § 636(b)(1)(A)(2018) and Fed. R. Civ. P. 72(a). In that Order, the Magistrate Judge comprehensively addressed Hudson's arguments with respect to extending the time allotted to file a § 2255 motion, and explained that the Court cannot consider extending the time limits until a motion seeking relief pursuant to § 2255 is filed. *See* ECF No. 58 at 3. In response, Hudson filed a letter requesting an update on the status of his extension, which has been docketed as a Motion to Extend Time/Request for Clarification (ECF No. 60). The Magistrate Judge then issued an Order Dismissing the Motion to Extend Time (ECF No. 61). Hudson now requests a sixty-day extension of time to challenge the Magistrate Judge's Orders, which has been docketed as an Objection (ECF No. 62).

I have reviewed and considered the Magistrate Judge's Orders, together with the entire record. I concur with the Magistrate Judge's conclusions as set forth in his

Orders, and it is therefore **ORDERED** that the Orders (ECF Nos. 58, 61) issued by the Magistrate Judge are hereby **AFFIRMED**. Hudson's Objection (ECF No. 62) is **DENIED**, and his Motion to Extend Time to File a Motion Pursuant to 28 U.S.C. § 2255 Motion (ECF No. 57) is **DENIED WITHOUT PREJUDICE**.[1]

SO ORDERED.

Dated this the 29th day of June, 2018.

/s/ Jon D. Levy
**U.S. DISTRICT JUDGE**

---

[1] *See Without Prejudice*, Black's Law Dictionary 1632 (9th ed. 2009). Thus, Hudson may file a § 2255 motion, along with a request to extend the time allotted for that same motion, and the Court will consider the motion. If Hudson chooses to file such a motion, the Court will apply the legal standards related to extending the limitations period that were described in the Magistrate Judge's first Order. *See* ECF No. 58 at 2.